1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   TROY K. FLAKE
3  Assistant United States Attorney
   U.S. Attorney's Office
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Facsimile: 702-388-6787
6  Email: *troy.flake@usdoj.gov*
   Attorneys for the United States.
7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 Tracy Lu Goupil, et al.,                      )
                                                 )  Case No.: 2:13-cv-2172-JCM-PAL
11             Plaintiffs,                       )
                                                 )
12         v.                                    )
                                                 )
13 Leander Holston, et al.,                      )
                                                 )
14             Defendants.                       )

15     **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

16     Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable

17 Court permit John J. W. Inkeles to practice before this honorable Court in all matters relating to the

18 above-captioned case.

19     John Inkeles is an attorney with the United States Department of Justice, Civil Division, Office

20 of Immigration Litigation, an agency of the federal government, and is a member in good standing of the

21 New York Bar (No 3999133).

22     The following contact information is provided to the Court:

23         John J. W. Inkeles
           United States Department of Justice, Civil Division
24         Office of Immigration Litigation
           450 5th Street, NW
25         Washington, DC  20001
           Phone: 202.532.4309
26         Fax:   202.305.1890
           Email: john.inkeles@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing John J. W. Inkeles to practice before this honorable Court.

Dated this 9th day of January 2014.

                                        DANIEL G. BOGDEN
                                      United States Attorney

                                        */s/ Troy K. Flake*
                                      TROY K. FLAKE
                                      Assistant United States Attorney

                          **IT IS SO ORDERED:**

                          UNITED STATES MAGISTRATE JUDGE

DATED this 4th day of March, 2014.

**PROOF OF SERVICE**

I, Troy K. Flake, certify that the following individuals were served with copies of **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on January 9, 2014, by the below identified method of service:

<u>Electronic Case Filing:</u>

Constantinos G. Fountas, Esq.
Fountas & Associates
3340 Pepper Lane
Las Vegas, Nevada 89120
fountaslaw@gmail.com

*Attorney for Plaintiff*

                          */s/ Troy K. Flake*
                          TROY K. FLAKE
                          Assistant United States Attorney