DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tracy Lu Goupil, et al., | ) |
| | ) Case No.: 2:13-cv-2172-JCM-PAL |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Leander Holston, et al., | ) |
| | ) |
| Defendants. | ) |

## **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit John J. W. Inkeles to practice before this honorable Court in all matters relating to the above-captioned case.

John Inkeles is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, an agency of the federal government, and is a member in good standing of the New York Bar (No 3999133).

The following contact information is provided to the Court:

      John J. W. Inkeles
      United States Department of Justice, Civil Division
      Office of Immigration Litigation
      450 5th Street, NW
      Washington, DC  20001
      Phone: 202.532.4309
      Fax:   202.305.1890
      Email: john.inkeles@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing John J. W. Inkeles to practice before this honorable Court.

Dated this 9th day of January 2014.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Troy K. Flake*
        TROY K. FLAKE
        Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 4th day of March, 2014.

2

**PROOF OF SERVICE**

I, Troy K. Flake, certify that the following individuals were served with copies of **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on January 9, 2014, by the below identified method of service:

<u>Electronic Case Filing:</u>

Constantinos G. Fountas, Esq.
Fountas & Associates
3340 Pepper Lane
Las Vegas, Nevada 89120
fountaslaw@gmail.com

*Attorney for Plaintiff*

                                           */s/ Troy K. Flake*
                                           TROY K. FLAKE
                                           Assistant United States Attorney